# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IDRIS NAWABI, | ) | 1:13-cv-00272-AWI-BAM (PC) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S REQUEST FOR THE STATUS OF HIS |
| v. | ) ) | CASE AND EXCEPTIONAL CIRCUMSTANCES REQUESTING TO |
| CATES, et al., | ) ) | PROCEED IMMEDIATELY WITH PLAINTIFF CIVIL RIGHTS ACTION AS |
| Defendants. | ) ) ) | MOOT (ECF No. 10) |

Plaintiff Idris Nawabi ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 25, 2013. On July 24, 2013, Plaintiff filed the instant motion requesting the status of this matter and requesting that the Court immediately screen his complaint. (ECF No. 10.) On February 20, 2014, the Court screened Plaintiff's complaint and dismissed it with leave to amend. (ECF No. 12.) Based on the Court's screening order, Plaintiff's request for status and request for screening is now moot and is, therefore, DENIED.

IT IS SO ORDERED.

Dated:   **February 27, 2014**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE