1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JESSICA N. BLONIEN, State Bar No. 189137
   Supervising Deputy Attorney General
3  WILLIAM P. BURANICH, State Bar No. 144650
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5744
    Fax:  (415) 703-5843
6   E-mail:  William.Buranich@doj.ca.gov
   *Attorneys for Defendants*
7  *Edmund G. Brown Jr., Jeffrey Beard, James Hartley,*
   *R. Chapnick, B. Borges and Hancock*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IDRIS NAWABI,** | 1:13-cv-00272-LJO-SAB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| v. | |
| **EDMUND G. BROWN JR., GOVERNOR; JEFFREY BEARD, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); JAMES D. HARTLEY, WARDEN OF THE AVENAL STATE PRISON (ASP); R. CHAPNICK, ASP CHIEF MEDICAL OFFICER, M.D.; B. BORGES, ASP REGISTERED NURSE; HANCOCK, ASP CORRECTIONAL OFFICER; and DOES 1 through 50, inclusive,** | |
| Defendants. | |

   1. The parties stipulate under Local Rule 144 to an extension of time, giving Defendants until January 9, 2015 to respond to plaintiff's Second Amended Complaint.

   2. Both counsel whose signatures appear below have only recently taken over handling of this case from previous counsel and are familiarizing themselves with it as quickly as

1

possible.  Counsel for defendants requires additional time to evaluate the matter and prepare a responsive pleading.  Counsel for plaintiffs has both a trial and a response to a dispositive motion to prepare over the course of the next six weeks.  The parties have therefore agreed that a due date for a responsive pleading on January 9, 2015 is both appropriate and desirable.

   3. The only previous requests for extensions of time were by plaintiff's counsel seeking more time to respond to defendants' motion to dismiss the First Amended Complaint.  That request was subsequently mooted by the filing of the Second Amended Complaint.

Dated:  November 14, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JESSICA N. BLONIEN
Supervising Deputy Attorney General

*/s/ William P. Buranich*
WILLAIM P. BURANICH
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*
*Edmund G. Brown Jr., Jeffrey Beard, James Hartley, R. Chapnick, B. Borges and Hancock*

BOUCHER, LLP.

*/s/ Brian Bush*
BRIAN BUSH
*Attorneys for Plaintiff*
*Idris Nawabi*

IT IS SO ORDERED.

Dated:   **November 17, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

2