# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS NAWABI,<br><br>    Plaintiff,<br><br>    v.<br><br>CATES, et al.,<br><br>    Defendants. | Case No.  1:13-cv-0272-LJO-SAB |
| ARTHUR DUANE JACKSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.  1:13-cv-01055-LJO-SAB |
| COREY LAMAR SMITH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No.  1:14-cv-00060- LJO-SAB<br><br>ORDER FOLLOWING JOINT DISCOVERY PLAN CONFERENCE<br><br>DECEMBER 31, 2014 DEADLINE |

On December 5, 2014, the Court conducted an informal telephonic conference to discuss the parties' development of a joint discovery plan in these and other related cases.  Counsel Mark Ozello appeared for Plaintiff Nawabi; counsel Mark Ozzello and Nazareth Haysbert appeared for

1

the Jackson Plaintiffs; counsel Gregg Zucker, Ben Pavone, David Elliot, and Brian Bush appeared for the Smith Plaintiffs; counsel Susan Coleman appeared for Defendants Winslow and Igbinosa; and counsel Jon Allin, Michelle Angus, Christine Ciccotti, ,and William Buranich appeared for Defendants Beard, Brazelton, Cate, Hartley, Hubbard, Hysen, Kernan, Meyer, Rothchild, Schwartz, Schwarzenegger, and Yates.

The parties shall prepare a proposed order setting forth the discovery plan to be used in this this and subsequent consolidated and related cases. The proposed order shall be submitted to the Court in word format at www.saborders@caed.uscourts.gov by December 31, 2014.

IT IS SO ORDERED.

Dated: __**December 5, 2014**__                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE