1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   JAY C. RUSSELL, State Bar No. 122626
    Supervising Deputy Attorney General
3   WILLIAM P. BURANICH, State Bar No. 144650
    Deputy Attorney General
4     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
5     Telephone:  (415) 703-5744
      Fax:  (415) 703-5843
6     E-mail:  William.Buranich@doj.ca.gov
    *Attorneys for Defendants*
7   *Marcy Hancock, Robert Chapnick, Brenda Borges,*
    *Jeffrey A. Beard, Ph.D. , James Hartley and Edmund*
8   *G. Brown Jr.*

9                        IN THE UNITED STATES DISTRICT COURT

10                       FOR THE EASTERN DISTRICT OF CALIFORNIA

11                                    FRESNO DIVISION

12

13   | **IDRIS NAWABI,** | 1:13-cv-00272-LJO-SAB |
14   |                    |                       |
     |           Plaintiff, | **STIPULATION AND ORDER** |
15   |                    | **EXTENDING TIME FOR DEFENDANTS** |
     |      **v.**        | **TO FILE RESPONSIVE PLEADING** |
16   |                    |                       |
17   | **EDMUND G. BROWN JR., GOVERNOR;** | |
     | **JEFFREY BEARD, SECRETARY OF THE** | |
18   | **CALIFORNIA DEPARTMENT OF** | |
     | **CORRECTIONS AND REHABILITATION** | |
19   | **(CDCR); JAMES D. HARTLEY, WARDEN** | |
     | **OF THE AVENAL STATE PRISON (ASP);** | |
20   | **R. CHAPNICK, ASP CHIEF MEDICAL** | |
     | **OFFICER, M.D.; B. BORGES, ASP** | |
21   | **REGISTERED NURSE; HANCOCK, ASP** | |
     | **CORRECTIONAL OFFICER; and DOES 1** | |
22   | **through 50, inclusive,** | |
23   |           Defendants. | |

24

25          1. The parties stipulate under Local Rule 144 to an extension of time, giving Defendants

26   until February 2, 2015 to respond to plaintiff's Second Amended Complaint.

27          2. The parties agree good cause exists to grant Defendants the requested extension so that a

28   single responsive pleading or motion may be filed.  Defense counsel seeks to file a single

                                              1

1  responsive pleading, but has been unable to confirm that all parties have been served with

2  summons as of this date.  A continuance of time in which to file a responsive pleading is

3  requested to allow service to be completed.

4      3. There has been one previous request for an extension of time for defendants to file a

5  responsive pleading to the Second Amended Complaint.  Prior to that, the only previous request

6  for an extensions of time was by plaintiff's counsel seeking more time to respond to defendants'

7  motion to dismiss the First Amended Complaint.  That request was subsequently mooted by the

8  filing of the Second Amended Complaint.

9

10  Dated:  December 31, 2014                    Respectfully submitted,

11                                              KAMALA D. HARRIS
                                                Attorney General of California
12                                              JAY C. RUSSELL
                                                Supervising Deputy Attorney General
13

14                                              s/ William P. Buranich
                                                WILLIAM P. BURANICH
15                                              DEPUTY ATTORNEY GENERAL
                                                Attorneys for Defendants
16                                              Edmund G. Brown Jr., Jeffrey Beard, James
                                                Hartley, R. Chapnick, B. Borges and
17                                              Hancock

18                                              BOUCHER, LLP.

19                                              /s/ Brian Bush
                                                BRIAN BUSH
20                                              Attorneys for Plaintiff
                                                Idris Nawabi
21

22

23  IT IS SO ORDERED.

24  Dated:   **January 5, 2015**
                                                _____
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28

2