# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS NAWABI,<br><br>  Plaintiff,<br><br>  v.<br><br>CATES, et al.,<br><br>  Defendants. | Case No. 1:13-cv-00272-LJO-SAB<br><br>ORDER CONTINUING HEARING FOR TO DISMISS TO APRIL 15, 2015 AT 10:00 A.M.<br><br>(ECF No. 49) |

On February 2, 2015, Defendants filed a motion to dismiss with a hearing set for March 25, 2015 at 10:00 a.m. On February 24, 2015, the parties filed a stipulation to continue the motion hearing to April 15, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' motion for judgment on the pleading is continued to April 15, 2015 at 10:00 a.m. in Courtroom 9; and

2. The briefing schedule is continued in accordance with the new hearing date.

IT IS SO ORDERED.

Dated:  **February 24, 2015**

UNITED STATES MAGISTRATE JUDGE