Mark A. Ozzello (CSB #116595)
Suzy E. Lee (CSB #271120)
**ARIAS, OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone:  (310) 670-1600
Facsimile:   (310) 670-1231
mozzello@aogllp.com
slee@aogllp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS NAWABI,<br><br>                    Plaintiff,<br><br>     vs.<br><br>EDMUND G. BROWN, JR., GOVERNOR; JEFFREY BEARD, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); JAMES D. HARTLEY, WARDEN OF THE AVENAL STATE PRISON (ASP); R. CHAPNICK, ASP CHIEF MEDICAL OFFICER, M.D.; B. BORGES, ASP REGISTERED NURSE; HANCOCK, ASP CORRECTIONAL OFFICER; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | CASE NO.: 1:13-cv-00272-LJO-SAB<br><br>CLASS ACTION<br><br>ORDER RE: STIPULATION AND TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' Motion to Dismiss [Doc. #45] is continued to April 29, 2015;
2. Plaintiffs' opposition papers shall be filed on or before April 15, 2015; and
3. Defendants' reply, if any, shall be filed on or before April 22, 2015.

IT IS SO ORDERED.

Dated:   **April 1, 2015**

UNITED STATES MAGISTRATE JUDGE