BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IDRIS NAWABI , <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, JR., GOVERNOR; JEFFREY BEARD, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"); JAMES D. HARTLEY, WARDEN OF THE AVENAL STATE PRISON ("ASP"); R. CHAPNICK, ASP CHIEF MEDICAL OFFICER, M.D.; B. BORGES, ASP REGISTERED NURSE; HANCOCK, ASP CORRECTIONAL OFFICER; and DOES 1 through 50, inclusive, , <br><br> Defendant. | Case No. 1:13-cv- 00272-LJO-SAB <br><br> **ORDER** <br><br> Judge:   Hon. Lawrence J. O'Neill |

The Court has reviewed the stipulation of the parties and finds good cause to extend the deadline to file objections to the Magistrate's Findings and Recommendations (Doc. 56), as well as extend the page limit for those objections, and thus Orders as follows:

(1) The deadline to file any objections to the Magistrate's Findings and Recommendations (Doc. 56) shall be June 17, 2015;

(2) The objections shall be no more than thirty-five (35) pages in length, excluding tables of contents and authorities;

(3) The deadline to file responses to objections to the Magistrate's Findings and Recommendations (Doc. 56) shall be July 8, 2015.

IT IS SO ORDERED.

Dated:  **June 1, 2015**      /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE