IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IDRIS NAWABI,** | 1:13-cv-00272-LJO-SAB |
| Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE TO OCTOBER 16, 2015** |
| v. | (ECF No. 64) |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On September 15, 2015, the parties filed a stipulation to move the scheduling conference set for September 29, 2015 to October 6, 2015. The Court finds that to conserve the resources of the parties and in the interest of judicial economy, the scheduling conference in this action shall be converted to a status conference and continued from September 29, 2015 to October 16, 2015 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __September 16, 2015__

UNITED STATES MAGISTRATE JUDGE

1