# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IDRIS NAWABI, <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. 1:13-cv- 00272-LJO-SAB <br><br> ORDER RE STIPULATION TO EXTEND DEADLINE TO FILE THIRD AMENDED COMPLAINT |

Pursuant to the stipulation of the parties, Plaintiff Nawabi is granted an extension of time up to and including December 1, 2015, to file his third amended complaint alleging his claims of denial of medical care in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated: **October 26, 2015**

_____
UNITED STATES MAGISTRATE JUDGE