# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS NAWABI, | Case No. 1:13-cv-00272-LJO-SAB |
| Plaintiff, | ORDER LIFTING STAY AND REQUIRING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT |
| v. | |
| CATES, et al., | FOURTEEN DAY DEADLINE |
| Defendants. | |

Plaintiff Idis Nawabi, a former state prisoner proceeding pro se and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 25, 2013. On November 30, 2015, this matter was stayed at the stipulation of the parties until the resolution of the appeals in Smith, et al. v. Schwarzenegger, et al., appeal no. 15-17155, Hines v. Youssef, appeal no. 15-16145, and Jackson, et al. v. Brown, et al., appeal no. 15-17076.

On February 1, 2019, the Ninth Circuit issued an order affirming the district court decision in Smith, et al. v. Schwarzenegger, et al., appeal no. 15-17155, and Hines v. Youssef, appeal no. 15-16145, and affirming in part and reversing in part in Jackson, et al. v. Brown, et al., appeal no. 15-17076. Plaintiffs filed requests for *en banc* review which were denied on March 26, 2019. On April 3, 2019, the mandate issued in each of the actions.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this matter is lifted; and

1

2. Plaintiff shall file a third amended complaint alleging his Eighth Amendment deliberate indifference to medical care claims within **fourteen (14) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **April 4, 2019**

_____
UNITED STATES MAGISTRATE JUDGE