# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS NAWABI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATES, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00272-LJO-SAB<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT<br><br>(ECF Nos. 75, 76)<br><br>NINETY-DAY DEADLINE |

Plaintiff Idis Nawabi, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 25, 2013. On April 17, 2019, a stipulation for an extension of time to file a third amended complaint and a notice of errata were filed. (ECF Nos. 75, 76.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall file a third amended complaint within ninety (90) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**April 17, 2019**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1